**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-11932-pmm |
| | : | |
| DIANE TALIFERRO, | : | Chapter 13 |
| Debtor | : | |

**CONSENT ORDER**

AND NOW, this 8th day of March 2023, with respect to Debtor's Second Amended Plan dated February 15, 2023 and upon consent of the parties, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The student loan debt of ECMC identified in Proof of Claim No. 2-1 is non-dischargeable and any balance due to ECMC upon the successful completion of Debtor's Chapter 13 Plan dated February 15, 2023, or any amendment thereto will not be discharged.

2. Notwithstanding Debtor's participation in any SLM Program, the debt to ECMC shall not be considered cured or reinstated upon successful completion of the Chapter 13 Plan.

3. Aside from the foregoing, the treatment of the claim of ECMC in the Debtor's Chapter 13 Plan and Order confirming the same shall remain unchanged.

4. The standing Trustee has no objections to the above terms, without prejudice to any of its rights and remedies.

CONSENTED TO BY:

*/s/Carol McCullough*
Carol B. McCullough, Esq.
Counsel for Debtor


*/s/ John M. Quain Jr.*
John M. Quain Jr., Esquire
Counsel for
Educational Credit Management Corp.


*/s/ Jack Miller*
Jack Miller, Esq.
For Standing Chapter 13 Trustee


SO ORDERED:


_____          **Date: March 9, 2023**
Honorable Patricia M. Mayer
United States Bankruptcy Judge